**Debra PLETZ, Plaintiff–Appellant,**

v.

**Leon E. PANETTA, Director of Central Intelligence Agency, Defendant–Appellee.**

No. 09–1388.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2010.

Decided: April 30, 2010.

Debra Pletz, Appellant Pro Se. Monika L. Moore, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before KING, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Debra Pletz appeals the district court's order granting summary judgment to the Defendant in her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Pletz v. Hayden,* No. 1:08–cv–00539–CMH–TCB, 2009 WL 274505 (E.D. Va. filed Feb. 4, 2009; entered Feb. 5, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*